UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-119-MOC-DLH

| | | |
|---|---|---|
| **MARY MCCLAIN,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security,** | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Under 42 U.S.C. § 405(g), the court may enter a judgment reversing a decision in such matters and remanding for further proceedings. The court also notes that plaintiff has consented to this motion. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#11) is **GRANTED**, the Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings.

Signed: November 8, 2017



Max O. Cogburn Jr.
United States District Judge

-1-